# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RICHARD L. SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:14CV167 ACL |
| | ) | |
| DANNY DODSON, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's "Objection to Magistrate Assignment." This case was originally assigned to Judge Limbaugh, but Judge Limbaugh recused himself. Plaintiff objects to the case being assigned to anyone other than Judge Limbaugh.

The case cannot be reassigned to Judge Limbaugh because of Judge Limbaugh's recusal. Plaintiff may either consent to the assignment to the undersigned Magistrate Judge, or he may state his non-consent and the case will be assigned to a District Judge other than Judge Limbaugh.

The Court will direct the Clerk to mail plaintiff a copy of the Notice Regarding Magistrate Judge Jurisdiction form. Plaintiff must fill out the form and return it to the Court within fourteen days from the date of this Order.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail plaintiff a copy of the Notice Regarding Magistrate Judge Jurisdiction form, and plaintiff must fill out the form and return it within fourteen (14) days from the date of this Order.

Dated this 10th day of April, 2015.

_____
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE