UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| RICHARD L. SIMMONS, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No. 1:14CV167 ACL |
| DANNY DODSON, et al., | ) |  |
| Defendants, | ) |  |

## MEMORANDUM AND ORDER

This matter is before the Court on remand from the Court of Appeals to determine plaintiff's in forma pauperis status and to assess the appellate filing fees.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than twenty-one (21) days of the date of this Order, plaintiff must either pay the $505 appellate filing fee or file a motion to proceed in forma pauperis on appeal along with a certified copy of his prisoner account statement.

Dated this 14th day of August, 2017.

*Abbie Crites-Leoni*
ABBIE CRITES-LEONI
UNITED STATES MAGISTRATE JUDGE